**FILED**

JUN 2 1 2011

CLERK
U.S. BANKRUPTCY COURT

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Myoung Kim

CASE NUMBER: 09-309

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Timberline Millwork | 19 | 134.41 |
| US Bank | 20 | 254.62 |
| Spenard Builders | 21 | 154.11 |
| Wells Fargo | 22 | 446.56 |

RECEIPT # 21871

FEE AMT 989.70  INT ___

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ _____

DATE: 6/15/11

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94